United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marvin L. Moore  
Dennita R. Oliver-Moore  
    Debtors

Case No. 15-18801-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Dec 05, 2019  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.  
13735086        Bank of America, N.A.,    P.O. Box 6154,    Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

       ALEXANDRA T. GARCIA    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       DAVID M. OFFEN    on behalf of Joint Debtor Dennita R. Oliver-Moore dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       DAVID M. OFFEN    on behalf of Plaintiff Dennita R. Oliver-Moore dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       DAVID M. OFFEN    on behalf of Debtor Marvin L. Moore dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       DAVID M. OFFEN    on behalf of Plaintiff Marvin L. Moore dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       KEVIN G. MCDONALD    on behalf of Creditor    MEB Loan Trust IV bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust IV bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18801-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Marvin L. Moore
860 W. Cobbs Creeks Parkway
Lansdowne PA 19050

Dennita R. Oliver-Moore
860 W. Cobbs Creeks Parkway
Lansdowne PA 19050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/04/2019.

Name and Address of Alleged Transferor(s):

Claim No. 18: Bank of America, N.A., P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

MEB Loan Trust IV
c/o Select Portfolio Servicing, Inc.
Remittance Processing
PO BOX 65450
Salt Lake City, UT 84165-0450

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/07/19

Tim McGrath
**CLERK OF THE COURT**