| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-18801-AMC**

MARVIN L. MOORE
DENNITA R. OLIVER-MOORE
860 W. COBBS CREEKS PARKWAY
LANSDOWNE  PA    19050

Petition Filed Date: 12/09/2015
341 Hearing Date: 02/26/2016
Confirmation Date: 11/02/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,100.00 | | 02/01/2019 | $1,700.00 | | 03/04/2019 | $1,700.00 | |
| 04/01/2019 | $1,700.00 | | 04/29/2019 | $1,700.00 | | 06/04/2019 | $1,700.00 | |
| 07/08/2019 | $1,700.00 | | 08/14/2019 | $1,700.00 | | 09/04/2019 | $1,700.00 | |
| 09/27/2019 | $1,700.00 | | 11/01/2019 | $1,700.00 | 6295355000 | 12/05/2019 | $1,700.00 | 6383916000 |
| 12/30/2019 | $1,700.00 | 6438972000 | 01/31/2020 | $1,700.00 | 6519589000 | 03/02/2020 | $1,700.00 | 6605570000 |
| 03/30/2020 | $1,700.00 | 6662550000 | 04/02/2020 | $1,700.00 | 6684800000 | 04/02/2020 | ($1,700.00) | 6684800000 |
| 04/28/2020 | $1,700.00 | 6743792000 | 06/01/2020 | $1,700.00 | 6832758000 | 06/29/2020 | $1,700.00 | 6866488000 |
| 07/31/2020 | $1,700.00 | 6949450000 | | | | | | |

**Total Receipts for the Period: $33,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $69,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN EXP CENTURION BANK<br>»» 008 | Unsecured Creditors | $4,452.32 | $0.00 | $4,452.32 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,746.85 | $0.00 | $3,746.85 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,173.00 | $0.00 | $2,173.00 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $5,284.45 | $0.00 | $5,284.45 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $1,945.11 | $0.00 | $1,945.11 |
| 18 | SELECT PORTFOLIO SERVICING INC<br>»» 018 | Unsecured Creditors | $14,158.03 | $0.00 | $14,158.03 |
| 16 | CERASTES LLC<br>»» 016 | Unsecured Creditors | $6,066.40 | $0.00 | $6,066.40 |
| 17 | CERASTES LLC<br>»» 017 | Unsecured Creditors | $5,008.81 | $0.00 | $5,008.81 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $16,312.98 | $0.00 | $16,312.98 |
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»» 015 | Unsecured Creditors | $2,005.51 | $0.00 | $2,005.51 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 010 | Secured Creditors | $30,692.05 | $28,341.26 | $2,350.79 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $2,701.97 | $0.00 | $2,701.97 |
| 11 | NAVIENT SOLUTIONS INC<br>»» 011 | Unsecured Creditors | $5,546.78 | $0.00 | $5,546.78 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $780.94 | $780.94 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $38.30 | $0.00 | $38.30 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,376.33 | $0.00 | $1,376.33 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,471.00 | $0.00 | $2,471.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»» 009 | Secured Creditors | $27,324.97 | $25,232.08 | $2,092.89 |
| 19 | UNIVEST NATIONAL BANK & TRUST<br>»» 019 | Mortgage Arrears | $2,665.00 | $2,460.88 | $204.12 |
| 2 | WELLS FARGO CARD SERVICES<br>»» 002 | Unsecured Creditors | $9,404.09 | $0.00 | $9,404.09 |
| 20 | DAVID M OFFEN ESQUIRE<br>»» 020 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,500.00 | Current Monthly Payment: | $1,700.00 |
| Paid to Claims: | $60,315.16 | Arrearages: | $1,700.00 |
| Paid to Trustee: | $6,124.84 | Total Plan Base: | $78,000.00 |
| Funds on Hand: | $3,060.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.