United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18801-amc
Marvin L. Moore                                  Chapter 13
Dennita R. Oliver-Moore
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                        Page 1 of 3
Date Rcvd: Apr 14, 2021                        Form ID: 138NEW                          Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marvin L. Moore, Dennita R. Oliver-Moore, 860 W. Cobbs Creeks Parkway, Lansdowne, PA 19050-3625 |
| 13684493 | | American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13645305 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13976018 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| 13735086 | | Bank of America, N.A., P.O. Box 6154, Rapid City, SD 57709-6154 |
| 13735085 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 13645323 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13645324 | + | Lankenau Hospital, P.O. Box 8500-1145, Philadelphia, PA 19178-0001 |
| 14435069 | | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., Remittance Processing, PO BOX 65450, Salt Lake City, UT 84165-0450 |
| 14434112 | + | MEB Loan Trust IV, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13975337 | | Mario J. Hanyon, Esq., Id. No.203993, Phelan Hallinan Diamond & Jones, LLP, Atty for Bank of America, N.A., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13645329 | + | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13684545 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13645330 | + | Univest Bank & Trust C, 14 N Main St, Souderton, PA 18964-1713 |
| 13657232 | | Wells Fargo Bank N. A., PO Box 10438, Des Moines, Ia 50306-0438 |
| 13645331 | + | Wf Crd Svc, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2021 04:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:15 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13645302 | | Email/Text: amscbankruptcy@adt.com | Apr 15 2021 04:09:00 | ADT Security Services, P.O. Box 650485, Dallas, TX 75265-0485 |
| 13645303 | | Email/Text: ebn@americollect.com | Apr 15 2021 04:09:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13645307 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 15 2021 04:09:00 | Berks Cc, P.O. Box 329, Temple, PA 19560-0329 |
| 13645310 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 15 2021 03:46:33 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13645308 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 15 2021 03:58:03 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |

Case 15-18801-amc    Doc 57    Filed 04/16/21    Entered 04/17/21 00:50:25    Desc Imaged
                            Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13667866 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 15 2021 03:58:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13645315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:47:21 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 13645314 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:34:54 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13733672 | + | Email/Text: bncmail@w-legal.com | Apr 15 2021 04:09:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13645316 | + | Email/Text: bk.notifications@jpmchase.com | Apr 15 2021 04:08:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 13645326 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:47:29 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13733107 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2021 04:08:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13645319 | + | Email/PDF: pa_dc_ed@navient.com | Apr 15 2021 03:46:49 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13645322 | + | Email/Text: dplbk@discover.com | Apr 15 2021 04:09:00 | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 13645317 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 15 2021 03:34:21 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13694297 | | Email/Text: bk.notifications@jpmchase.com | Apr 15 2021 04:08:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13645325 | | Email/Text: mmrgbk@miramedrg.com | Apr 15 2021 04:09:00 | M2 Revenue Group, Dept. 77313, P.O. Box 77000, Detroit, MI 48277-0313 |
| 13705033 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2021 04:09:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13645327 | + | Email/Text: mmrgbk@miramedrg.com | Apr 15 2021 04:09:00 | Miramedrg, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 13702916 | | Email/PDF: pa_dc_claims@navient.com | Apr 15 2021 03:58:08 | Navient Solutions Inc., Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 13719509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2021 03:46:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13662191 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13645328 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:17 | Syncb/Paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 13649517 | | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:17 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13645304 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13645306 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13645311 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 43

| | | |
|---|---|---|
| 13645312 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13645313 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13645309 | *+ | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13645320 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13645321 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13645318 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| DAVID M. OFFEN | on behalf of Debtor Marvin L. Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Plaintiff Marvin L. Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Dennita R. Oliver-Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Plaintiff Dennita R. Oliver-Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Bank of America  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com |
| Scott F Waterman | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank of America  N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Marvin L. Moore and Dennita R. Oliver−Moore

       Debtor(s)                            Bankruptcy No: 15−18801−amc

                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                Timothy B. McGrath
                                                 Clerk of Court

Dated: 4/14/21

                                                                              56 − 54
                                                                        Form 138_new