United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 15-18801-amc

Marvin L. Moore                                                                                                Chapter 13

Dennita R. Oliver-Moore

    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2                       User: admin                       Page 1 of 2

Date Rcvd: May 18, 2021            Form ID: 195                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

**Recip ID**                  **Recipient Name and Address**
db/jdb                    + Marvin L. Moore, Dennita R. Oliver-Moore, 860 W. Cobbs Creeks Parkway, Lansdowne, PA 19050-3625

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

**Name**                         **Email Address**

ALEXANDRA T. GARCIA
                        on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

DAVID M. OFFEN
                        on behalf of Joint Debtor Dennita R. Oliver-Moore dmo160west@gmail.com
                        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                        on behalf of Plaintiff Dennita R. Oliver-Moore dmo160west@gmail.com
                        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                        on behalf of Debtor Marvin L. Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                        on behalf of Plaintiff Marvin L. Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

KEVIN G. MCDONALD
    on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Bank of America N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bank of America N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Marvin L. Moore and Dennita R. Oliver−Moore          : Case No. 15−18801−amc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , May 18, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court